IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHRISTOPHER GEORGE KNOX**  **PLAINTIFF**
**ADC # 651242**

v.     NO. 4:15CV00682 JLH

**ASA HUTCHINSON, et al.**     **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on November 9, 2015, the claims of Christopher George Knox are dismissed without prejudice.

IT IS SO ORDERED this 10th day of December, 2015.

_____
UNITED STATES DISTRICT JUDGE